IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARLOS EDWARD KENNEDY,** | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:20-00083-KD-B |
| | ) | |
| **CHADWICK CRABTREE,** | ) | |
|     Respondent. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 23, 2023 (Doc. 17) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Carlos Edward Kennedy's habeas corpus petition pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED,** this action is **DISMISSED with prejudice**, and Petitioner Kennedy is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **15th** day of **February 2023.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**