IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS EDWARD KENNEDY,      )  | |
|     Petitioner,            )  | |
|                                 ) | |
| v.                          )  | CIVIL ACTION 1:20-00083-KD-B |
|                                 ) | |
| CHADWICK CRABTREE,          )  | |
|     Respondent.            )  | |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent Chadwick Crabtree and against Petitioner Carlos Edward Kennedy and that Petitioner Kennedy is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **15th** day of **February 2023.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**